UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KELLY KABERNICK and CHRISTINE KABERNICK,<br><br>Defendants. | NO: CV-12-637-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80142-PCW11<br><br>ORDER DIMISSING CASE WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. 9. Having reviewed said notice and relevant filings, the Court finds good cause to approve dismissal, pursuant to FRBP 7041 and FRCP 41(a)(1)(A). Accordingly, **IT IS HEREBY ORDERED:**

ORDER DIMISSING CASE WITH PREJUDICE ~ 1

1. Plaintiff's Notice for Voluntary Dismissal with Prejudice, **ECF No. 9**, is **APPROVED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, enter judgment accordingly, provide copies to counsel and to Judge Patricia C. Williams, and **close** this case.

**DATED** this 15th day of February 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge