# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re: LLS America, LLC, Debtor,

Bruce P. Kriegman, solely in his capacity as
court-appointed Chapter 11 Trustee for LLS America, LLC,
        Plaintiff,

v.

Kelly Kabernick and Christine Kabernick,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-637-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Notice for Voluntary Dismissal with Prejudice is approved. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice. Judgment is hereby entered in favor of Defendants.

February 15, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb